UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY NEWSOME ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:18-CV-53-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 23, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,000.00.

**This Judgment Filed and Entered on May 23, 2019, and Copies To:**

Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler  / Cassia Parson  (via CM/ECF Notice of Electronic Filing)

May 23, 2019                    PETER A. MOORE, JR., CLERK

                     /s/ Sandra K. Collins
                    (By) Sandra K. Collins, Deputy Clerk